UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00343-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **R. KEVIN GILL,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Motion for Discharge from Probation [Supervised Release]. Having considered defendant's motion and reviewed the pleadings, and it appearing that the USPO and the AUSA /USDOJ Antitrust Division concur, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Discharge from Probation [Supervised Release] (#2) is **GRANTED**, and Supervised Release is terminated successfully.

Signed: January 25, 2013

Max O. Cogburn Jr.
United States District Judge